

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-12-238-CV

IN RE RICHARD LARA                                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

Relator Richard Lara filed a petition for writ of mandamus asking this court to order the respondent trial court to rule on his motion for substitute counsel in his postconviction DNA proceeding. After considering relator's mandamus petition, we requested responses from the State and relator's appointed counsel.

We have considered the parties' timely-filed responses. We have also received relator's letter (filed July 27, 2012), asking us to order the State and

------

[1]*See* Tex. R. App. P. 47.4.

relator's counsel to provide him with copies of their responses and to grant him time to reply. Both the State and relator's counsel state in their certificates of service that they served relator with their responses, and as stated in our July 10, 2012 order, this court may consider and decide the case before a reply is filed. Tex. R. App. P. 52.5.

Since relator filed his mandamus petition, the respondent has ruled on his motion. Because relator has received the relief requested in his mandamus petition, we deny the petition as moot.

PER CURIAM

PANEL:   GARDNER, DAUPHINOT, and WALKER, JJ.

DELIVERED:   August 2, 2012